# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEGAN M. JAMES; WILLIAM A. LESTER; ANGELA PEASE, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 668; STEVE CATANESE, in his official capacity as President of Service Employees International Union, Local 668; COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF LABOR AND INDUSTRY; W. GERARD OLEKSIAK, in his official capacity as Secretary of Pennsylvania Department of Labor and Industry; THOMAS W. WOLF, in his official capacity as Governor of the Commonwealth of Pennsylvania; MICHAEL NEWSOME, in his official capacity as Secretary of the Pennsylvania Office of Administration; ANNA MARIA KIEHL, in her official capacities as Chief Accounting Officer for the Commonwealth of Pennsylvania and Deputy Secretary of the Office of Comptroller Operations,<br><br>Defendants. | Case No. 2:19-cv-53<br><br>District Judge Bissoon<br><br>Electronically Filed |

## ORDER

AND NOW, this __14th__ day of __June, 2019__, upon consideration of the Joint Motion to Stay and for good cause shown, said Motion is GRANTED. All deadlines in the instant case are stayed and the Initial Case Management Conference, scheduled for June 26, 2019, is cancelled.

It is, accordingly, hereby ORDERED that the Clerk mark the above captioned case Administratively Closed; that nothing contained in this Order shall be considered a dismissal or disposition of this action, and that should further proceedings therein become necessary or

desirable, any party may initiate the same in the identical manner as if this order had not been entered.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ Cathy Bissoon*
Hon. Cathy Bissoon
UNITED STATES DISTRICT COURT JUDGE
